**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TONI HERTZOG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 23-00603-RGA |
| | ) |
| THE NEMOURS FOUNDATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that, on September 18, 2023, the following document was served on counsel of record in the manner indicated below:

**DEFENDANT THE NEMOURS FOUNDATION'S AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 3 OF THE DISTRICT OF DELAWARE'S DEFAULT STANDARD FOR DISCOVERY, INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

**BY ELECTRONIC MAIL**
Michele D. Allen, Esq.
Delia A. Clark, Esq.
The Law Offices of Michele D. Allen, LLC
4250 Lancaster Pike, Suite 230
Wilmington, DE  19805
michele@allenlaborlaw.com
delia@allenlaborlaw.com

2

        POTTER ANDERSON & CORROON LLP

By: */s/ Jennifer Penberthy Buckley*
    Kathleen Furey McDonough (#2395)
    Jennifer Gimler Brady (#2874)
    Jennifer Penberthy Buckley (#6264)
    Elizabeth R. Schlecker (#6913)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE  19801
    (302) 984-6000 – Telephone
    kmcdonough@potteranderson.com
    jbrady@potteranderson.com
    jbuckley@potteranderson.com
    eschlecker@potteranderson.com

Dated:  September 18, 2023
11061798 / 09115.00179

*Attorneys for Defendant The Nemours Foundation*